# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wedoff, Eugene R. | U.S. Bankruptcy Court | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

219 South Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | American Bankruptcy Institute |
| 2. | Chair | Advisory Committee on Bankruptcy Rules |
| 3. | Board Member | Symphony of Oak Park and River Forest |
| 4. | President | National Conference of Bankruptcy Judges |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wedoff, Eugene R. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 1/24/13 to 1/25/13 | Denver, CO | Attend & Spoke at Conference | Transportation, Hotel & Meals |
| 2. | State Bar of Texas/Texas Consumer Course | 1/31/13 to 2/1/13 | Dallas, TX | Attend & Spoke at Conference | Transportation, Hotel & Meals |
| 3. | American Bankruptcy Institute | 2/17/13 to 2/19/13 | Kansas City, MO | Attend & Spoke at Conference | Transportation, Hotel & Meals |
| 4. | National Conference of Bankrtupcy Judges | 4/5/13 to 4/9/13 | Phoenix, AZ | Attend Mid-Year Meeting | Transportation, Hotel & Meals |
| 5. | American Bankruptcy Institute | 4/18/13 to 4/21/13 | National Harbor, MD | Attend & Spoke at Conference | Transportation, Hotel & Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wedoff, Eugene R. | 05/13/2014 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | American Law Institute/ Fundamentals of Bankruptcy | 4/24/13 to 4/26/13 | Philadelphia, PA | Attend & Spoke at Conference | Transportation, Hotel & Meals |
| 7. | National Confeence of Bankruptcy Judges | 5/19/13 to 5/21/13 | Atlanta, GA | Executive Director Interviews | Transportation, Hotel & Meals |
| 8. | NACTT Academy for consumer Bankruptcy Education | 8/3/13 to 8/6/13 | New York, NY | Attend & Spoke at Conference | Transportation, Hotel & Meals |
| 9. | National Association of Attorneys General | 10/6/13 to 10/8/13 | Santa Fe, NM | Attend & Spoke at Conference | Transportation, Hotel & Meals |
| 10. | National Conference of Bankruptcy Judges | 10/29/13 to 11/2/13 | Atlanta, GA | Attend & Spoke at Conference | Transportation, Hotel & Meals |
| 11. | American Bankruptcy Institute | 12/4/13 to 12/8/13 | Los Angeles, CA | Attend & Spoke at Conference | Transportation, Hotel & Meals |
| 12. | National Conference of Bankruptcy Judges | 12/18/13 to 12/19/13 | Washington, D.C. | Meeting with Chief Justice | Transportation, Hotel & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Wedoff, Eugene R. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank One (Chase) Checking & Savings | A | Interest | J | T | | | | | |
| 2. Oak Park, Illinois Apartment | E | Rent | N | R | | | | | |
| 3. Individual Retirement Account: American Funds Money Market | A | Interest | L | T | | | | | |
| 4. State Farm Deferred Annuity | A | Interest | L | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wedoff, Eugene R. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII (c)  Apartment building, Oak Park, Illinois purchased in November, 1990 for $300,000

| Name of Person Reporting | Date of Report |
|---|---|
| Wedoff, Eugene R. | 05/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Eugene R. Wedoff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544